O'LEARY, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1900.) Action by Denis O'Leary against the Press Publishing Company. No opinion. Judgment and order affirmed, with costs.

OLIVELLA, Respondent, v. NEW YORK & H. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 14, 1900.) Action by Lizzie Olivella against the New York & Harlem Railroad Company and others. No opinion. Interlocutory judgment (64 N. Y. Supp. 1086) affirmed, with costs, on the authority of Golden v. Health Department, 21 App. Div. 420, 47 N. Y. Supp. 623, which we regard as controlling in an appeal from the First department, whatever might be the views of this court if the question arose here.

O'LOUGHLIN, Plaintiff, v. ROCHESTER GAS & ELECTRIC CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Patrick H. O'Loughlin against the Rochester Gas & Electric Company. No opinion. Plaintiff's exceptions overruled, motion for a new trial denied, and judgment directed upon the nonsuit, with costs.

PAWLING SAV. BANK, Respondent, v. WASHBURN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 14, 1900.) Action by the Pawling Savings Bank against Mary A. Washburn and others. No opinion. Appeal from order denying motion to bring in party dismissed, without costs. The relief sought by this application seems subsequently to have been granted.

PEARSON v. BALL et al. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by Frederick S. Pearson against Ernest H. Ball and another. No opinion. Motion granted, with $10 costs.

PECK, Respondent, v. BROOKS, Appellant. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Action by William H. Peck against Frank P. Brooks. F. C. Cantine, for appellant. G. E. Blackwell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 64 N. Y. Supp. 546.

PECKHAM v. EVELINE et al. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) Action by Allen G. Peckham against Mary S. Eveline and others. No opinion. Judgment affirmed, with costs.

PEOPLE, Respondent, v. BUTLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by the people of the state of New York against Martin E. Butler. No opinion. Appeal dismissed, with costs, under general rule 39.

PEOPLE, Respondent, v. CONNOLLY, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 12, 1900.) Action by the people of the state of New York against Thomas Connolly. No opinion. Judgment of conviction affirmed, and proceedings remitted to the clerk of Wyoming county, pursuant to section 547 of the Code of Criminal Procedure.

PEOPLE v. FARBER. (Supreme Court, Appellate Division, First Department. April 12, 1900.) Action by the people of the state of New York against Jacob Farber. No opinion. Motion granted.

PEOPLE v. KOERNER. (Supreme Court, Appellate Division, First Department. April 12, 1900.) Action by the people of the state of New York against William J. Koerner. No opinion. Motion denied.

PEOPLE, Respondent, v. LAMMERTS, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 24, 1900.) Action by the people of the state of New York against John C. Lammerts. No opinion. Judgment on conviction and order denying motion for a new trial affirmed, and proceeding remitted to the clerk of Niagara county, pursuant to section 547 of the Code of Criminal Procedure.

PEOPLE, Respondent, v. ROSE, Appellant. (Supreme Court, Appellate Division, Third Department. May 15, 1900.) Action by the people of the state of New York against James W. Rose. No opinion. Judgment of conviction affirmed.

PEOPLE ex rel. BRAMAN, Appellant, v. KEATING, Respondent. (Supreme Court, Appellate Division, First Department. April 12, 1900.) Proceedings by the people of the state of New York, on the relation of William L. Braman, against James P. Keating, commissioner, etc. J. P. Neuman, for appellant. W. B. Crowell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. MULLIGAN v. COLLIS. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Proceedings by the people of the state of New York, on the relation of Daniel Mulligan, against Charles H. T. Collis, commissioner. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. SARSFIELD, Respondent, v. MESSER, Appellant. (Supreme Court, Appellate Division, Third Department. May 15, 1900.) Action by the people of the state of New York, on the relation of Maurice Sarsfield, against William Messer. No opinion. Motion to dismiss appeal denied, without costs.